# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 17-2024

MARTIN WERNER,

Plaintiff - Appellant,

v.

DONALD J. TRUMP, U.S. President; ELISABETH DEVOS, U.S. Education Secretary; REX TILLERSON, U.S. Secretary of State; JAMES RISCH, U.S. Senator; MARK R. WARNER, U.S. Senator; ELIZABETH WARREN, U.S. Senator; RICHARD BLUMENTHAL, U.S. Senator; U.S. EXECUTIVE BRANCH; U. S. LEGISLATURE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:17-cv-00396-RGD-RJK)

Submitted: November 16, 2017                    Decided: November 20, 2017

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Martin Werner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Werner appeals the district court's order dismissing his civil action pursuant to 28 U.S.C. § 1915(e)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Werner v. Trump*, No. 2:17-cv-00396-RGD-RJK (E.D. Va. filed July 31, 2017 & entered Aug. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*